In the Matter of the Claim of FRED HUGHES, Respondent, against WATERSON, BERLIN & SNYDER COMPANY et al., Appellants.

· THE STATE INDUSTRIAL BOARD, Respondent.

(Argued September 30, 1930; decided October 14, 1930.)

*William Warren Dimmick* for appellants.

*Hamilton Ward, Attorney-General (George S. Kelly* and *E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.